IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| McClinton Bass, # 213209, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | C.A. No. 6:05-727-TLW |
| ) | |
| Oscar Faulkenberry, Warden; ) | |
| David Dunlap, Assistant Warden; and ) | |
| Angela Hardin, Grievance Caseworker, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ORDER**

This matter is before the Court for review of the Report and Recommendation (the "Report") filed by United States Magistrate Judge William M. Catoe, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In the Report, Magistrate Judge Catoe recommends that this case be dismissed without prejudice and without issuance and service of process. In response, the plaintiff filed a letter requesting that his case be dismissed without prejudice.

In conducting this review, the Court applies the following standard:

> The magistrate judge makes only a recommendation to the Court, to which any party may file written objections. . . . The Court is not bound by the recommendation of the magistrate judge but, instead, retains responsibility for the final determination. The Court is required to make a *de novo* determination of those portions of the report or specified findings or recommendation as to which an objection is made. However, the Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the Report and

1

Recommendation to which no objections are addressed. While the level of scrutiny entailed by the Court's review of the Report thus depends on whether or not objections have been filed, in either case, the Court is free, after review, to accept, reject, or modify any of the magistrate judge's findings or recommendations.

*Wallace v. Housing Auth. of the City of Columbia*, 791 F.Supp. 137, 138 (D.S.C. 1992) (citations omitted). In light of this standard, the Court has reviewed the Report. Again, the plaintiff appears to consent to the Magistrate Judge's recommendation that this case be dismissed without prejudice. Accordingly, the Court accepts the Report.

It is therefore **ORDERED** that the Report be **ACCEPTED**, and this case be **DISMISSED** without prejudice and without issuance and service of process.

s/ Terry L. Wooten
TERRY L. WOOTEN
UNITED STATES DISTRICT JUDGE

June 21, 2005
Florence, South Carolina

2